**Order entered December 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01030-CV

**RESIDENCES AT RIVERDALE, L.P., ET AL., Appellants**

**V.**

**DIXIE CARPET INSTALLATIONS, INC., Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-04903-2012**

## ORDER

We **GRANT** the December 15, 2015 motion of court reporter LaTresta Ginyard for an extension of time to file the reporter's record. The reporter's record shall be filed by **DECEMBER 18, 2015**.

/s/ ELIZABETH LANG-MIERS
   JUSTICE